WILLIAM POHLMAN, an Infant, by EDWARD POHLMAN, His Guardian ad Litem, Respondent, v. KAY MANUFACTURING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THOMAS F. POWELL, as President of the Local Union No. 299, of the City of White Plains, and Another, Respondents, v. UNITED ASSOCIATION OF PLUMBERS AND STEAMFITTERS OF UNITED STATES AND CANADA, Appellant.— Appeal from original judgment dismissed, and the orders and amended judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

EVELYN S. Ross, Appellant, v. EDGAR D. POUCH and Others, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to appellant to apply at Special Term to vacate the order of reference upon her stipulation admitting the correctness of the account. The statement in appellant's brief, that the statement of the account given in the examina ion before trial would be relied upon by appellant, as she has no other evidence, does not appear in the record. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

RALPH SPICCIATI, an Infant, by JOHN SPICCATI, His Guardian ad Litem, Respondent, v. GRAND CENTRAL PACKARD RENTING Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. The contradictions contained in the testimony of the officers of the defendant, and in the testimony of the defendant's chauffeur, cast suspicion upon defendant's claim that the chauffeur was not about its business at the time of the accident. The case was, therefore, properly submitted to the jury. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

SADIE SPINNER, Appellant, v. YELLOW TAXI CORPORATION, Respondent.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

BENJAMIN WASHINSKY and Another, Appellants, v. THE RELL REALTY CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. The record presents nothing but a distinct question of fact as to whether the defendant made representations as to the amount of business done in the garage upon the property to be conveyed. It denied making the representations, and the trial justice has decided the issue in its favor. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

SAMUEL GREENBERG, Respondent, v. A. D. B. CONSTRUCTION COMPANY, INC., Appellant.— Application denied, with ten dollars costs.

EDWARD J. HOGARTY, Respondent, v. MARGARET DOYLE, etc., Appellant.— Application denied, with ten dollars costs.

CARL BAUER, Appellant, Respondent, v. MAX SCHWARTZ, Respondent, Appellant.— Motion for leave to file certain papers denied, without costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

BREZIRE REALTY Co., INC., Respondent, v. GRACE W. PARKS and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.